| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
730 Oakland LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
20-3941801

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 115 Park St., SE, Suite 200 | |
| Vienna, VA 22180-4653 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fairfax | **Location of principal assets, if different from principal place of business** |
| County | 730 N. Oakland St. Arlington, VA 22203 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  730 Oakland LLC                                    Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor  3804 Wilson Boulevard LLC    Relationship  Affiliated company

Debtor  730 Oakland LLC
        Name

Case number (*if known*)

District  Eastern District of Virginia (Alexandria Division)   When  1/12/21   Case number, if known  21-

Debtor  730 Oakland LLC  
        Name

Case number (*if known*) _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  
☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  
☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  
☑ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  
☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  
☑ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  
☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

Debtor  730 Oakland LLC
        Name                                                                            Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 12, 2021
              MM / DD / YYYY

X  /s/ Raymond C. Schupp                                Raymond C. Schupp
   Signature of authorized representative of debtor      Printed name

Title  Managing Member

**18. Signature of attorney**

X  /s/ Steven B. Ramsdell,                              Date  January 12, 2021
   Signature of attorney for debtor                            MM / DD / YYYY

Steven B. Ramsdell, 33222
Printed name

Tyler, Bartl & Ramsdell, PLC
Firm name

300 N. Washington St.
Suite 310
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone  (703) 549-5000      Email address

33222 VA
Bar number and State

**Fill in this information to identify the case:**

Debtor name: 730 Oakland LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 12, 2021     **X** /s/ Raymond C. Schupp
                                    Signature of individual signing on behalf of debtor

                                    Raymond C. Schupp
                                    Printed name

                                    Managing Member
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: 730 Oakland LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arlington County Treasurer<br>P.O. Box 1754<br>Merrifield, VA 22116-1754 | | Real estate taxes | | | | $11,608.81 |
| Arlington County Treasurer<br>P.O. Box 1752<br>Merrifield, VA 22116-1752 | | Water/sewer service | | | | $511.20 |
| Booze Plumbing and Heating<br>512 Maple Ave. West<br>Vienna, VA 22180 | | Plumbing services | | | | $1,100.00 |
| Cropp Metcalf<br>8421 Hilltop Rd.<br>Fairfax, VA 22031 | | Pest control services | | | | $150.00 |
| Dominion Energy<br>P.O. Box 26543<br>Richmond, VA 23290 | | Utility bill | | | | $477.01 |
| Home Depot Credit Services<br>P.O. Box 9001030<br>Louisville, KY 40290-1030 | | Credit card | | | | $6.34 |
| Internal Revenue Service<br>400 N. 8th Street, Box 76<br>Stop Room 898<br>Richmond, VA 23219 | | Penalty | | | | Unknown |
| JD Lawn Services<br>24746 James Monroe Hwy.<br>Aldie, VA 20105-2742 | | Lawn services | | | | $175.00 |

Debtor  **730 Oakland LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kolb Electric<br>8530 Cinder Bed Rd.<br>Suite 1400<br>Lorton, VA 22079 | | Electic services | | | | $1,100.64 |
| Meridian Landscaping<br>11 Ruritan Rd.<br>Sterling, VA 20164 | | Lawn services | | | | $1,000.00 |
| Snow Movers<br>P.O. Box 957<br>Severna Park, MD 21146 | | Snow removal/ice/salt | | | | $10,224.00 |
| State Farm Insurance<br>3 Ravinia Dr.<br>Atlanta, GA 30346-2117 | | Insurance premiums | | | | $4,312.00 |
| Vernon Heating & Air<br>42655 Trade West Dr.<br>Sterling, VA 20166 | | HVAC services | | | | $8,476.21 |
| Washington Gas<br>P.O. Box 37747<br>Philadelphia, PA 19101-5047 | | Utility | | | | $440.52 |

# United States Bankruptcy Court
## Eastern District of Virginia

In re: 730 Oakland LLC

Debtor(s)

Case No.

Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Catherine S. Schupp<br>728 N. Oakland St.<br>Arlington, VA 22203 | | 10% | Member |
| Raymond C. Schupp<br>2404 16th St.<br>Arlington, VA 22201 | | 80% | Member |
| Raymond R. Schupp<br>1111 24th St., NW, Unit 104<br>Washington, DC 20037 | | 10% | Member |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: January 12, 2021

Signature: /s/ Raymond C. Schupp
Raymond C. Schupp

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

3804 Wilson Boulevard LLC
115 Park St., SE, Suite 200
Vienna, VA 22180-4653


Abby Wallisch & John Mullally
726 N. Oakland St.
Arlington, VA 22203


Arlington County Treasurer
P.O. Box 1752
Merrifield, VA 22116-1752


Arlington County Treasurer
P.O. Box 1754
Merrifield, VA 22116-1754


Atlantic Union Bank
P.O. Box 940
Ruther Glen, VA 22546


Booze Plumbing and Heating
512 Maple Ave. West
Vienna, VA 22180


Brian V. Ebert, Esq.
10555 Main St., Suite 650
Fairfax, VA 22030


Catherine Schupp
728 N. Oakland St.
Arlington, VA 22203


Cropp Metcalf
8421 Hilltop Rd.
Fairfax, VA 22031


Dominion Energy
P.O. Box 26543
Richmond, VA 23290


Emily Livingstone &
Matthew Kraft
730 N. Oakland St.
Arlington, VA 22203

```
Fallfax Center Associates
115 Park St., SE, Suite 200
Vienna, VA 22180-4653


Home Depot Credit Services
P.O. Box 9001030
Louisville, KY 40290-1030


Internal Revenue Service
400 N. 8th Street, Box 76
Stop Room 898
Richmond, VA 23219


James Douglas &
Birks and Aubrey Vaughan
732 Oakland St.
Arlington, VA 22203


JD Lawn Services
24746 James Monroe Hwy.
Aldie, VA 20105-2742


Jessica Angel & Austin Angel
722 N. Oakland St.
Arlington, VA 22203


Joseph F. Jackson, Esq.
Roth Jackson Gibbons Condlin
8200 Greensboro Dr., Suite 820
McLean, VA 22102


Kolb Electric
8530 Cinder Bed Rd.
Suite 1400
Lorton, VA 22079


Meridian Landscaping
11 Ruritan Rd.
Sterling, VA 20164


Park Street Development Corp.
115 Park St., SE, Suite 200
Vienna, VA 22180-4653
```

Rachel Reinhardt & Kyle Downer
734 N, Oakland St.
Arlington, VA 22203


Raymond C. Schupp
2404 16th St.
Arlington, VA 22201


Schupp Family Properties, LLC
115 Park St., SE, Suite 200
Vienna, VA 22180


Snow Movers
P.O. Box 957
Severna Park, MD 21146


State Farm Insurance
3 Ravinia Dr.
Atlanta, GA 30346-2117


Vernon Heating & Air
42655 Trade West Dr.
Sterling, VA 20166


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101-5047


Waste Management of VA
P.O. Box 13648
Philadelphia, PA 19101


Wilson and Oakland, LLC
10640 Page Ave., Suite 240
Fairfax, VA 22030

# United States Bankruptcy Court
### Eastern District of Virginia

In re  730 Oakland LLC
Debtor(s)

Case No.
Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  730 Oakland LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

January 12, 2021
Date

/s/ Steven B. Ramsdell,
Steven B. Ramsdell, 33222
Signature of Attorney or Litigant
Counsel for  730 Oakland LLC
Tyler, Bartl & Ramsdell, PLC
300 N. Washington St.
Suite 310
Alexandria, VA 22314
(703) 549-5000 Fax:(703) 549-5011